# LIST OF CREDITORS

24-30828

SECURED INCOME FUND-II, LLC, A CALFORNIA LIMITED LIABILITY COMPANY.
C/O PLM LENDER SERVICES, Inc.
SC SERVICING TRUST ACCOUNT
5446 THORNWOOD DRIVE, 2ND FLOOR
SAN JOSE, CA 95123

WESTERN ALLIANCE BANK
P.O. BOX 1298
SOUTH WINDSOR, CT 06074

DIVERSIFIED LOAN SERVICES, INC
259 E. CAMPBELL AVENUE
CAMPBELL, CA 95008

SAN MATEO COUNTY TAX COLLECTOR
555 COUNTY CENTER 1ST FLOOR
REDWOOD CITY, CA 94063

NELNET
P.O. BOX 82561
LINCOLN, NE 68501

INTERNAL REVENUE SERVICE
OGDEN, UT 84201

SEARS CREDIT CARD
P.O. BOX 6282
SIOUX FALLS, SD 57117

CHASE CREDIT CARD
P.O. BOX 15298
WILMINGTON, DE 15298

AMERICAN EXPRESS
P.O. BOX 60189
CITY OF INDUSTRY, CA 91716

WELLS FARGO CREDIT CARD
P.O. BOX 551193
LOS ANGELES, CA 90051

FILED NOV 05 2024 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA