# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 11/5/2024 | |
| Case: 24–30828 | Form ID: 309E1 | Total: 17 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

tr      Not Assigned – SF

                                                 TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Molly Ellen Catanzaro | 925 Palm Avenue | San Mateo, CA 94401 | |
| ust | Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05–0153 | San Francisco, CA 94102 |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 15691372 | AMERICAN EXPRESS | P.O. BOX 60189 | CITY OF INDUSTRY, CA 91716 | |
| 15691371 | CHASE CREDIT CARD | P.O. BOX 15298 | WILMINGTON, DE 15298 | |
| 15691366 | DIVERSIFIED LOAN SERVICES, INC | 259 E. CAMPBELL AVENUE | CAMPBELL, CA 95008 | |
| 15691369 | INTERNAL REVENUE SERVICE | OGDEN, UT 84201 | | |
| 15691368 | NELNET | P.O. BOX 82561 | LINCOLN, NE 68501 | |
| 15691367 | SAN MATEO COUNTY TAX COLLECTOR | 555 COUNTY CENTER 1st FLOOR | REDWOOD CITY, CA 94063 | |
| 15691370 | SEARS CREDIT CARD | P.O. BOX 6282 | SIOUX FALLS, SD 57117 | |
| 15691374 | Secured Income Fund–II, LLC, A California Limited Liability Company c/o PLM Lender Services, Inc SC Servicing Trust Account | 5446 Thornwood Drive, 2nd Floor | San Jose, CA 95123 | |
| 15691373 | WELLS FARGO CREDIT CARD | P.O. BOX 551193 | LOS ANGELES, CA 90051 | |
| 15691365 | WESTERN ALLIANCE BANK | P.O. BOX 1298 | SOUTH WINDSOR, CT 06074 | |

                                                 TOTAL: 16