# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 11/6/2024 |
| Case: 24–30828 | Form ID: STC11 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      Not Assigned – SF

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- db    Molly Ellen Catanzaro    925 Palm Avenue    San Mateo, CA 94401
- 15691372    AMERICAN EXPRESS    P.O. BOX 60189    CITY OF INDUSTRY, CA 91716
- 15691371    CHASE CREDIT CARD    P.O. BOX 15298    WILMINGTON, DE 15298
- 15691366    DIVERSIFIED LOAN SERVICES, INC    259 E. CAMPBELL AVENUE    CAMPBELL, CA 95008
- 15691369    INTERNAL REVENUE SERVICE    OGDEN, UT 84201
- 15691368    NELNET    P.O. BOX 82561    LINCOLN, NE 68501
- 15691367    SAN MATEO COUNTY TAX COLLECTOR    555 COUNTY CENTER 1st FLOOR    REDWOOD CITY, CA 94063
- 15691370    SEARS CREDIT CARD    P.O. BOX 6282    SIOUX FALLS, SD 57117
- 15691374    Secured Income Fund–II, LLC, A California    Limited Liability Company c/o PLM Lender    Services, Inc SC Servicing Trust Account    5446 Thornwood Drive, 2nd Floor    San Jose, CA 95123
- 15691373    WELLS FARGO CREDIT CARD    P.O. BOX 551193    LOS ANGELES, CA 90051
- 15691365    WESTERN ALLIANCE BANK    P.O. BOX 1298    SOUTH WINDSOR, CT 06074

TOTAL: 11