CHRISTINA L. GOEBELSMANN (SBN 273379)
Assistant United States Trustee
MIKE CHOW (SBN 330233)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Phone: (415) 705-3333
Facsimile: (415) 705-3379
Email: Mike.chow@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>**MOLLY ELLEN CATANZARO**,<br><br>　　　　　　　Debtor. | Case No. 24-30828 DM<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Federal Rule of Bankruptcy Procedure 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

　　Office of the United States Trustee
　　Attn: Mike Chow
　　450 Golden Gate Ave., Suite 05-0153
　　San Francisco, CA 94102
　　Email: mike.chow@usdoj.gov

Dated: November 6, 2024　　　　　　　　TRACY HOPE DAVIS
　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

　　　　　　　　　　　　　　　　　　　*/s/ Mike Chow*
　　　　　　　　　　　　　　　　　　　Mike Chow
　　　　　　　　　　　　　　　　　　　Trial Attorney for United States Trustee