**Fill in this information to identify your case:**

Debtor 1: Molly Ellen Catanzaro

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of California

Case number (if known): 24-30828

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**1**
Creditor's Name: Nelnet Student Loans
Number Street: P.O. Box 82581
City: Lincoln  State: NE  ZIP Code: 68501
Contact:
Contact phone:

What is the nature of the claim? student loans
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

Unsecured claim: $ 188,000.00

**2**
Creditor's Name: Internal Revenue Service
Number Street:
City: Ogden  State: UT  ZIP Code: 84201
Contact:
Contact phone:

What is the nature of the claim? Taxes
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

Unsecured claim: $ 180,000.00

| Debtor 1 | Molly Ellen Catanzaro | Case number (if known) 24-30828 |
|---|---|---|

**Unsecured claim**

### 3 American Express
Creditor's Name
P.O. Box 60189
Number  Street

City of Industry  CA  91716
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? credit card         $ 40,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

### 4
Creditor's Name
Wells Fargo Bank
Number  Street
P.O.Box 551193

Los Angeles  CA  90051
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? credit card         $ 17,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

### 5 Chase Bank
Creditor's Name
P.O. Box 15298
Number  Street

Wilmington  DE  15298
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? credit card         $ 10,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

### 6 Sears
Creditor's Name
P.O. Box 6282
Number  Street

Sioux Falls  SD  57117
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? credit card         $ 5,800.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

### 7
Creditor's Name

Number  Street


City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____         $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

Debtor 1: Molly Ellen Catanzaro
Case number (if known): 24-30828

**Unsecured claim**

### 8
Creditor's Name: 
Number Street: 
City State ZIP Code: 
Contact: 
Contact phone: 

What is the nature of the claim? _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim $_____

$_____

### 9
Creditor's Name: 
Number Street: 
City State ZIP Code: 
Contact: 
Contact phone: 

What is the nature of the claim? _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim $_____

$_____

### 10
Creditor's Name: 
Number Street: 
City State ZIP Code: 
Contact: 
Contact phone: 

What is the nature of the claim? _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim $_____

$_____

### 11
Creditor's Name: 
Number Street: 
City State ZIP Code: 
Contact: 
Contact phone: 

What is the nature of the claim? _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim $_____

$_____

### 12
Creditor's Name: 
Number Street: 
City State ZIP Code: 
Contact: 
Contact phone: 

What is the nature of the claim? _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim $_____

$_____

Official Form 104  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 3
Case: 24-30828   Doc# 21   Filed: 12/02/24   Entered: 12/02/24 15:45:54   Page 3 of 5

Debtor 1  Molly Ellen Catanzaro   Case number (if known) 24-30828

**Unsecured claim**

**13**
Creditor's Name: ____
Number Street: ____
City State ZIP Code: ____
Contact: ____
Contact phone: ____

What is the nature of the claim? ____  $____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $____
   Value of security:  − $____
   Unsecured claim  $____

**14**
Creditor's Name: ____
Number Street: ____
City State ZIP Code: ____
Contact: ____
Contact phone: ____

What is the nature of the claim? ____  $____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $____
   Value of security:  − $____
   Unsecured claim  $____

**15**
Creditor's Name: ____
Number Street: ____
City State ZIP Code: ____
Contact: ____
Contact phone: ____

What is the nature of the claim? ____  $____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $____
   Value of security:  − $____
   Unsecured claim  $____

**16**
Creditor's Name: ____
Number Street: ____
City State ZIP Code: ____
Contact: ____
Contact phone: ____

What is the nature of the claim? ____  $____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $____
   Value of security:  − $____
   Unsecured claim  $____

**17**
Creditor's Name: ____
Number Street: ____
City State ZIP Code: ____
Contact: ____
Contact phone: ____

What is the nature of the claim? ____  $____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $____
   Value of security:  − $____
   Unsecured claim  $____

Unsecured claim

**18**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:  – $_____
         Unsecured claim  $_____

**19**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:  – $_____
         Unsecured claim  $_____

**20**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:  – $_____
         Unsecured claim  $_____

### Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X /s/ Molly Ellen Catanzaro    X _____
Signature of Debtor 1    Signature of Debtor 2

Date 11/29/2024    Date _____
    MM / DD / YYYY        MM / DD / YYYY