
# tri counties bank
### Service With Solutions®
P.O. Box 909, Chico CA 95927

**ADDRESS SERVICE REQUESTED**

MOLLY E CATANZARO
OR VICTOR M CATANZARO
925 PALM AVE
SAN MATEO CA 94401-4212

**Statement Ending 04/27/2025**
MOLLY E CATANZARO  Page 1 of 6
Account Number:

## Service With Solutions

| | | |
|---|---|---|
| | Speak with a Banker: | 1-800-922-8742 |
| | Automated Phone Banking: | 1-844-822-2447 |
| | Online Banking: | TriCountiesBank.com |



**Make your home's equity work for you!**
Limited-time special rates are available on new Home Equity Lines of Credit.

Your home's equity can help you with life's big expenses, whether remodeling your home, paying for education, or consolidating debt.



Apply online at **TriCountiesBank.com/heloc**, visit your local branch or call **1-800-982-2660** to speak with a Home Equity Specialist.

EQUAL HOUSING LENDER
NMLS #458732
Member FDIC

## Overall Balance Summary

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Trico Connect Checking | | $940.40 |

## Trico Connect Checking    755

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/28/2025 | Beginning Balance | $220.36 |
| | 8 Credit(s) This Period | $21,433.98 |
| | 16 Debit(s) This Period | $20,713.94 |
| 04/27/2025 | Ending Balance | $940.40 |
| | Service Charges | $2.00 |

### Account Activity

| Post Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 03/28/2025 | Beginning Balance | | | $220.36 |
| 03/28/2025 | OLB XFER FR DDA 000452000540 | | $75.00 | $295.36 |


NMLS #458732


Member FDIC

Case: 24-30828   Doc# 61-1   Filed: 06/17/25   Entered: 06/17/25 15:40:37   Page 1 of 2



## Trico Connect Checking - (continued)

### Account Activity (continued)

| Post Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | TRANSFER FROM CHECKING 05 | | | |
| 03/28/2025 | AES STDNT LOAN | $188.11 | | $107.25 |
| | MOLLY CATANZARO | | | |
| 03/31/2025 | 36 TREAS 310 MISC PAY | | $3,755.42 | $3,862.67 |
| | MOLLY E CATANZARO | | | |
| 03/31/2025 | POS PUR 3343 1 800 PETM | $87.38 | | $3,775.29 |
| | 1 800 PETMEDS | | | |
| | 800-7386337 FL | | | |
| 03/31/2025 | CHECK #1500 | $4,500.00 | | -$724.71 |
| 03/31/2025 | OD Fee Item Pai000000000001500 | $34.00 | | -$758.71 |
| | INSUFFICIENT FUNDS | | | |
| 04/01/2025 | VACP TREAS 310 XXVA BENEF | | $11,178.27 | $10,419.56 |
| | VICTOR CATANZARO | | | |
| 04/07/2025 | OLB XFER TO DDA 000452000540 | $4,850.00 | | $5,569.56 |
| | TRANSFER FROM CHECKING 07 | | | |
| 04/09/2025 | DEPOSIT | | $2,000.00 | $7,569.56 |
| 04/09/2025 | SSA TREAS 310 XXSOC SEC | | $2,616.00 | $10,185.56 |
| | VICTOR M CATANZARO | | | |
| 04/09/2025 | SSA TREAS 310 XXSOC SEC | | $813.00 | $10,998.56 |
| | MOLLY E CATANZARO | | | |
| 04/10/2025 | MOSKOVITZ APPELL SALE | $9,025.00 | | $1,973.56 |
| | MOLLY CATANZARO | | | |
| 04/14/2025 | CALWATER SERVICE BILLPAY | $48.51 | | $1,925.05 |
| | VICTOR CATANZARO | | | |
| 04/14/2025 | CHECK #1501 | $775.00 | | $1,150.05 |
| 04/15/2025 | ALARM BILLING SV 8476294060 | $156.00 | | $994.05 |
| | APaym | | | |
| 04/16/2025 | OLB XFER TO DDA 000452000540 | $150.00 | | $844.05 |
| | TRANSFER FROM CHECKING 07 | | | |
| 04/17/2025 | MOBL DDA DEP BOB | | $746.29 | $1,590.34 |
| 04/18/2025 | OLB XFER TO DDA 000452000540 | $250.00 | | $1,340.34 |
| | TRANSFER FROM CHECKING 07 | | | |
| 04/23/2025 | OLB XFER TO DDA 000452000540 | $20.00 | | $1,320.34 |
| | TRANSFER FROM CHECKING 07 | | | |
| 04/23/2025 | OLB XFER TO DDA 000452056859 | $260.00 | | $1,060.34 |
| | TRANSFER FROM CHECKING 07 | | | |
| 04/25/2025 | OLB XFER FR DDA 000452056859 | | $250.00 | $1,310.34 |
| | TRANSFER FROM CHECKING 68 | | | |
| 04/25/2025 | OLB XFER TO DDA 000452056859 | $260.00 | | $1,050.34 |
| | TRANSFER FROM CHECKING 07 | | | |
| 04/25/2025 | NATIONWIDE EDI PYMNTS | $107.94 | | $942.40 |
| | VICTOR CATANZAR | | | |
| 04/25/2025 | Check Image Fee | $2.00 | | $940.40 |
| 04/27/2025 | **Ending Balance** | | | **$940.40** |