

# tri counties bank
### Service With Solutions®
P.O. Box 909, Chico CA 95927

**ADDRESS SERVICE REQUESTED**

MOLLY E CATANZARO
OR VICTOR M CATANZARO
925 PALM AVE
SAN MATEO CA 94401-4212

## Statement Ending 05/27/2025
MOLLY E CATANZARO  Page 1 of 6
Account Number: ████████

### Service With Solutions

- Speak with a Banker: 1-800-922-8742
- Automated Phone Banking: 1-844-822-2447
- Online Banking: TriCountiesBank.com

---

# Updated: Important Notice Regarding Funds Availability

Effective July 1, 2025, Funds Availability thresholds change under Regulation CC. These changes involve adjustments to certain dollar thresholds for the availability of funds when you deposit a check.

**Key Changes:**

- **Next-Day Availability:** The minimum amount available the next business day will increase from $225 to $275.
- **Large Deposits:** Amounts greater than the threshold, increasing from $5,525 to $6,725, are subject to longer holds.

Specific hold times for your check deposit will be provided at the time of deposit (or will be mailed to you within one business day if the deposit is not made in person.) If you have any questions, please contact your local branch or call Customer Service at **1-800-922-8742.**

Member FDIC

## Overall Balance Summary

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Trico Connect Checking | 452000755 | $726.96 |

## Trico Connect Checking  755

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/28/2025 | Beginning Balance | $940.40 |
| | 6 Credit(s) This Period | $28,862.69 |
| | 20 Debit(s) This Period | $29,076.13 |
| 05/27/2025 | Ending Balance | $726.96 |
| | Service Charges | $17.00 |

### Account Activity

| Post Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 04/28/2025 | Beginning Balance | | | $940.40 |
| 04/29/2025 | Wire In/85635002/VICTOR M CATA | | $10,400.00 | $11,340.40 |

EQUAL HOUSING LENDER
NMLS #458732



Member FDIC


## Trico Connect Checking 755 (continued)

### Account Activity (continued)

| Post Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 04/29/2025 | Incoming Wire Fee | $15.00 | | $11,325.40 |
| 04/29/2025 | OLB XFER TO DDA 000452000540<br>*TRANSFER FROM CHECKING 07* | $50.00 | | $11,275.40 |
| 04/29/2025 | AES STDNT LOAN<br>*MOLLY CATANZARO* | $188.11 | | $11,087.29 |
| 04/29/2025 | CHECK #1503 | $529.08 | | $10,558.21 |
| 04/30/2025 | 36 TREAS 310 MISC PAY<br>*MOLLY E CATANZARO* | | $3,755.42 | $14,313.63 |
| 04/30/2025 | CHECK #1504 | $10,000.00 | | $4,313.63 |
| 05/01/2025 | VACP TREAS 310 XXVA BENEF<br>*VICTOR CATANZARO* | | $11,178.27 | $15,491.90 |
| 05/01/2025 | OLB XFER TO DDA 000452000540<br>*TRANSFER FROM CHECKING 07* | $20.00 | | $15,471.90 |
| 05/01/2025 | CHECK #1505 | $10,000.00 | | $5,471.90 |
| 05/02/2025 | CHECK #1454 | $4,500.00 | | $971.90 |
| 05/05/2025 | CAPITAL ONE ONLINE PMT<br>*VICTOR M CATANZARO* | $500.00 | | $471.90 |
| 05/06/2025 | OLB XFER FR DDA 000452000540<br>*TRANSFER FROM CHECKING 05* | | $100.00 | $571.90 |
| 05/08/2025 | DEPT EDUCATION STUDENT LN<br>*MOLLY CATANZARO* | $496.97 | | $74.93 |
| 05/14/2025 | SSA TREAS 310 XXSOC SEC<br>*VICTOR M CATANZARO* | | $2,616.00 | $2,690.93 |
| 05/14/2025 | SSA TREAS 310 XXSOC SEC<br>*MOLLY E CATANZARO* | | $813.00 | $3,503.93 |
| 05/15/2025 | CAPITAL ONE ONLINE PMT<br>*VICTOR M CATANZARO* | $500.00 | | $3,003.93 |
| 05/19/2025 | OLB XFER TO DDA 000452000540<br>*TRANSFER FROM CHECKING 07* | $1,380.00 | | $1,623.93 |
| 05/22/2025 | CALWATER SERVICE BILLPAY<br>*VICTOR CATANZARO* | $53.54 | | $1,570.39 |
| 05/23/2025 | CAPITAL ONE ONLINE PMT<br>*VICTOR M CATANZARO* | $100.00 | | $1,470.39 |
| 05/27/2025 | POS PUR 3343 CKE* IKE'S<br>*CKE*IKE'S PLACE SAN*<br>*SAN MATEO CA* | $63.49 | | $1,406.90 |
| 05/27/2025 | OLB XFER TO DDA 000452000540<br>*TRANSFER FROM CHECKING 07* | $120.00 | | $1,286.90 |
| 05/27/2025 | NATIONWIDE EDI PYMNTS<br>*VICTOR CATANZAR* | $107.94 | | $1,178.96 |
| 05/27/2025 | CAPITAL ONE ONLINE PMT<br>*VICTOR M CATANZARO* | $200.00 | | $978.96 |
| 05/27/2025 | CHECK #1506 | $250.00 | | $728.96 |

Case: 24-30828   Doc# 62-1   Filed: 06/17/25   Entered: 06/17/25 15:44:52   Page 2 of 3


## Trico Connect Checking - ___55 (continued)

### Account Activity (continued)

| Post Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 05/27/2025 | Check Image Fee | $2.00 | | $726.96 |
| 05/27/2025 | **Ending Balance** | | | **$726.96** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1454 | 05/02/2025 | $4,500.00 | 1504 | 04/30/2025 | $10,000.00 | 1506 | 05/27/2025 | $250.00 |
| 1503* | 04/29/2025 | $529.08 | 1505 | 05/01/2025 | $10,000.00 | | | |

\* Indicates skipped check number

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $34.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| Check Image Fee | $2.00 |
| Service Chg Waived | $10.00 |