**tri counties bank**

Service With Solutions®

P.O. Box 909, Chico CA 95927

**ADDRESS SERVICE REQUESTED**

MOLLY E CATANZARO
OR VICTOR M CATANZARO
925 PALM AVE
SAN MATEO CA 94401-4212

### Service With Solutions

| | | |
|---|---|---|
| Speak with a Banker: | 1-800-922-8742 | |
| Automated Phone Banking: | 1-844-822-2447 | |
| Online Banking: | TriCountiesBank.com | |

# Thank you for banking with Tri Counties Bank! We appreciate your business.

We would love to hear from you! Please call us, stop by your local branch, or reach out to us on social media. Your feedback is important to us!

Call us: 1-800-922-8742
Find a branch near you: TriCountiesBank.com/locations
Follow us on social media:

@TriCountiesBank        

## Overall Balance Summary

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Trico Connect Checking | ~~452000758~~ | $202.05 |

## Trico Connect Checking ·

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/28/2025 | **Beginning Balance** | **$260.76** |
| | 10 Credit(s) This Period | $25,148.48 |
| | 53 Debit(s) This Period | $25,207.19 |
| 08/27/2025 | **Ending Balance** | **$202.05** |
| | Service Charges | $2.00 |

### Account Activity

| Post Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 07/28/2025 | **Beginning Balance** | | | **$260.76** |
| 07/28/2025 | OLB XFER FR DDA 000452056859 | | $90.00 | $350.76 |

EQUAL HOUSING LENDER
NMLS #458732

 Member FDIC


THIS STATEMENT SHALL BE CONSIDERED CORRECT AND TRI COUNTIES BANK SHALL NOT BE LIABLE FOR ANY DISCREPANCIES IF NOT REPORTED TO THE BANK WITHIN 30 CALENDAR DAYS FROM THE DATE THIS STATEMENT WAS MAILED OR MADE AVAILABLE. RESPONSE TIME FOR REPORTING ERRORS OR INQUIRIES REGARDING ELECTRONIC FUND TRANSFERS OR YOUR AUTOMATIC CASH RESERVE ARE SEPARATELY DISCLOSED. ALL ITEMS DEPOSITED ARE SUBJECT TO RECEIPT OF FINAL PAYMENT.

**OUTSTANDING CHECKS**

| ITEM NO. | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

**HERE'S AN EASY WAY TO BALANCE YOUR CHECKBOOK:**

**(A) UPDATE CHECKBOOK BALANCE**
- Subtract from your checkbook balance any monthly service charges, other bank charges and all automatic withdrawals/payments not previously deducted.
- Add to your checkbook balance all automatic deposits, other deposits and automatic cash reserve advances not recorded.

**(B) VERIFY OUTSTANDING CHECKS**
- Your checks are listed on the front of this statement in check number sequence or in date paid sequence if the check number is not available. An asterisk (*) indicates missing check number(s).
- Check off each check listed on your check register or stubs.
- List in the space provided all outstanding checks. Add these and enter total.

**(C) RECONCILE BALANCES**
- Enter the ending balance as shown on the front of this statement. (+)
- Add all deposits which are not shown on this statement. (+)
- Enter total of outstanding checks described in (B) above and subtract from the subtotal. SUBTOTAL ➡
  (-)

THIS TOTAL SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

**(D) IF YOU DID NOT BALANCE**
- Verify that the previous month's statement was balanced properly.
- Review all additions and subtractions for errors as well as balances brought forward in your checkbook register.
- Record any outstanding transactions from prior statements.
- Determine that all credits (including Automatic Deposits) shown in the "Deposits" and "Other Credits" sections of this statement are entered in your checkbook.
- Compare the amount of each item listed on this statement against the amounts entered in your checkbook.

**The following notices apply if your account is maintained primarily for personal, family or household purposes.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
Call us at 1-800-922-8742 or write to us at Tri Counties Bank, Customer Service Department, P. O. Box 909 Chico, CA 95927 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have the use of the money during the time it takes us to complete our investigation.

**Important Notice About Your Tri Counties Bank Visa® Debit Card**
Your Card is enabled with non-Visa debit transaction processing. This means you may use your Card on a PIN-Debit Network without using a PIN or with your PIN. Examples of the types of actions you may be required to make to initiate a Card transaction on a PIN-Debit Network include initiating a payment directly with the biller, possibly via telephone, Internet, or kiosk locations. The non-Visa Debit Network(s) for which such transactions are enabled is the Accel® network.
Examples of the types of actions that you may be required to make to initiate a transaction on your Card include:
- Signing a receipt
- Providing a Card number, expiration date and card verification code over the phone or the internet
- Swiping your Card through a point-of-sale (POS) terminal and entering your PIN or signing for your purchase
The provisions of your agreement with us relating only to Visa transactions are not applicable to transactions that are conducted on networks other than a Visa or Plus network, such as a PIN-Debit Network. This means that for transactions that are processed through networks other than Visa or Plus, the above Visa zero dollar liability protection rules do not apply, even if you did not have to enter a PIN when you conducted the transaction.


## Trico Connect Checking ·   (continued)

### Account Activity (continued)

| Post Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | *TRANSFER FROM CHECKING 68* | | | |
| 07/28/2025 | POS PUR 3343 KAISER PHA | $37.90 | | $312.86 |
| | *KAISER PHARM 2339* | | | |
| | *SAN MATEO CA* | | | |
| 07/28/2025 | POS PUR 3343 MCDONALD'S | $10.39 | | $302.47 |
| | *MCDONALD'S F1386* | | | |
| | *SAN MATEO CA* | | | |
| 07/28/2025 | POS PUR 3343 CHARM THAI | $20.28 | | $282.19 |
| | *CHARM THAI EATERY* | | | |
| | *SAN MATEO CA* | | | |
| 07/29/2025 | OLB XFER FR DDA 000452000540 | | $250.00 | $532.19 |
| | *TRANSFER FROM CHECKING 05* | | | |
| 07/29/2025 | POS PUR 3343 WHOLEFDS S | $19.78 | | $512.41 |
| | *WHOLEFDS SMT 101 32* | | | |
| | *SAN MATEO CA* | | | |
| 07/29/2025 | POS PUR 3343 COSTCO WHS | $102.64 | | $409.77 |
| | *COSTCO WHSE #0147* | | | |
| | *FOSTER CITY CA* | | | |
| 07/29/2025 | AES STDNT LOAN | $188.11 | | $221.66 |
| | *MOLLY CATANZARO* | | | |
| 07/30/2025 | POS PUR 3343 SAFEWAY #0 | $65.28 | | $156.38 |
| | *SAFEWAY #0970* | | | |
| | *SAN MATEO CA* | | | |
| 07/31/2025 | CHECK #1517 | $54.68 | | $101.70 |
| 07/31/2025 | CHECK #1518 | $323.75 | | -$222.05 |
| 07/31/2025 | OD Fee Item Pai000000000001518 | $34.00 | | -$256.05 |
| | *INSUFFICIENT FUNDS* | | | |
| 08/01/2025 | VACP TREAS 310 XXVA BENEF | | $11,178.27 | $10,922.22 |
| | *VICTOR CATANZARO* | | | |
| 08/01/2025 | 36 TREAS 310 MISC PAY | | $3,755.42 | $14,677.64 |
| | *MOLLY E CATANZARO* | | | |
| 08/01/2025 | CAPITAL ONE ONLINE PMT | $300.00 | | $14,377.64 |
| | *Victor M Catanzaro* | | | |
| 08/04/2025 | POS PUR 3343 SQ * VALOIS | $12.00 | | $14,365.64 |
| | *SQ *VALOIS FAMILY F* | | | |
| | *San Mateo CA* | | | |
| 08/04/2025 | POS PUR 3343 SQ * CASTEL | $4.50 | | $14,361.14 |
| | *SQ *CASTELLANOS FAR* | | | |
| | *San Mateo CA* | | | |
| 08/04/2025 | POS PUR 3343 SQ * SWEET | $17.58 | | $14,343.56 |
| | *SQ *SWEET ADVENTURE* | | | |
| | *Menlo Park CA* | | | |
| 08/04/2025 | POS PUR 3343 SQ * VALOIS | $9.00 | | $14,334.56 |
| | *SQ *VALOIS FAMILY F* | | | |


## Trico Connect Checking - ████ (continued)

### Account Activity (continued)

| Post Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | *San Mateo CA* | $11.99 | | $14,322.57 |
| 08/04/2025 | POS PUR 3343 SHELL OIL | | | |
| | *SHELL OIL 574442147* | | | |
| | *SAN MATEO CA* | | | |
| 08/04/2025 | ATT PAYMENT | $289.71 | | $14,032.86 |
| | *Molly Ellen Catanzaro* | | | |
| 08/04/2025 | CHECK #1519 | $1,204.00 | | $12,828.86 |
| 08/05/2025 | POS PUR 3343 CHARLIES T | $37.10 | | $12,791.76 |
| | *CHARLIES TAQUERIA* | | | |
| | *SAN MATEO CA* | | | |
| 08/05/2025 | POS PUR 3343 TARGET T-1 | $20.72 | | $12,771.04 |
| | *2220 Bridgepointe P* | | | |
| | *San Mateo CA* | | | |
| 08/05/2025 | RECOLOGY SANMATE WEB_PAY | $161.79 | | $12,609.25 |
| | *MOLLY CATANZARO* | | | |
| 08/05/2025 | CHECK #1521 | $4,500.00 | | $8,109.25 |
| 08/06/2025 | POS PUR 3343 SQ * CELIO | $17.00 | | $8,092.25 |
| | *SQ *CELIO FARMS* | | | |
| | *Palo Alto CA* | | | |
| 08/06/2025 | POS PUR 3343 SQ * RESEND | $14.96 | | $8,077.29 |
| | *SQ *RESENDIZ FRUIT* | | | |
| | *Palo Alto CA* | | | |
| 08/06/2025 | POS PUR 3343 SQ * FEEL G | $8.75 | | $8,068.54 |
| | *SQ *FEEL GOOD BAKER* | | | |
| | *Palo Alto CA* | | | |
| 08/08/2025 | PRIORITY CHECK #1523 | $6,000.00 | | $2,068.54 |
| 08/08/2025 | POS PUR 3343 TST* PARIS | $19.16 | | $2,049.38 |
| | *TST* PARIS BAGUETTE* | | | |
| | *SAN MATEO CA* | | | |
| 08/08/2025 | OLB XFER TO DDA 000452000540 | $600.00 | | $1,449.38 |
| | *TRANSFER FROM CHECKING 07* | | | |
| 08/08/2025 | DEPT EDUCATION STUDENT LN | $493.94 | | $955.44 |
| | *MOLLY CATANZARO* | | | |
| 08/08/2025 | CHECK #1520 | $375.00 | | $580.44 |
| 08/11/2025 | DEPOSIT | | $6,000.00 | $6,580.44 |
| 08/11/2025 | DDA VCH 3343 AMAZON MKT | | $145.79 | $6,726.23 |
| | *AMAZON MKTPLACE PMT* | | | |
| | *Amzn.com/bill WA* | | | |
| 08/11/2025 | POS PUR 3343 SQ * VALOIS | $10.00 | | $6,716.23 |
| | *SQ *VALOIS FAMILY F* | | | |
| | *San Mateo CA* | | | |
| 08/11/2025 | POS PUR 3343 STACKHOUSE | $6.75 | | $6,709.48 |
| | *STACKHOUSE BROTHERS* | | | |
| | *HICKMAN CA* | | | |


## Trico Connect Checking      (continued)

### Account Activity (continued)

| Post Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 08/11/2025 | OLB XFER TO DDA 000452000540 | $100.00 | | $6,609.48 |
| | *TRANSFER FROM CHECKING 07* | | | |
| 08/11/2025 | CHECK #1524 | $6,000.00 | | $609.48 |
| 08/12/2025 | POS PUR 3343 MCDONALD'S | $9.08 | | $600.40 |
| | *MCDONALD'S F1386* | | | |
| | *SAN MATEO CA* | | | |
| 08/12/2025 | POS PUR 3343 CHARM THAI | $20.28 | | $580.12 |
| | *CHARM THAI EATERY* | | | |
| | *SAN MATEO CA* | | | |
| 08/12/2025 | CHECK #1522 | $297.16 | | $282.96 |
| 08/13/2025 | SSA TREAS 310 XXSOC SEC | | $2,616.00 | $2,898.96 |
| | *VICTOR M CATANZARO* | | | |
| 08/13/2025 | SSA TREAS 310 XXSOC SEC | | $813.00 | $3,711.96 |
| | *MOLLY E CATANZARO* | | | |
| 08/13/2025 | POS PUR 3343 COSTCO WHS | $81.65 | | $3,630.31 |
| | *COSTCO WHSE #0147* | | | |
| | *FOSTER CITY CA* | | | |
| 08/13/2025 | OLB XFER TO DDA 000452000540 | $3,000.00 | | $630.31 |
| | *TRANSFER FROM CHECKING 07* | | | |
| 08/14/2025 | CHECK #1525 | $100.00 | | $530.31 |
| 08/14/2025 | CHECK #1526 | $100.00 | | $430.31 |
| 08/18/2025 | POS PUR 3343 SAFEWAY #0 | $46.89 | | $383.42 |
| | *SAFEWAY #0970* | | | |
| | *SAN MATEO CA* | | | |
| 08/18/2025 | POS PUR 3343 TST* AMICIS | $125.06 | | $258.36 |
| | *TST*AMICIS - SAN MA* | | | |
| | *San Mateo CA* | | | |
| 08/18/2025 | POS PUR 3343 SQ * CASTEL | $7.25 | | $251.11 |
| | *SQ *CASTELLANOS FAR* | | | |
| | *San Mateo CA* | | | |
| 08/18/2025 | POS PUR 3343 SQ * VALOIS | $2.00 | | $249.11 |
| | *SQ *VALOIS FAMILY F* | | | |
| | *San Mateo CA* | | | |
| 08/18/2025 | POS PUR 3343 SQ * CALIFO | $9.00 | | $240.11 |
| | *SQ *CALIFORNIA BAKE* | | | |
| | *San Mateo CA* | | | |
| 08/19/2025 | OLB XFER FR DDA 000452000540 | | $200.00 | $440.11 |
| | *TRANSFER FROM CHECKING 05* | | | |
| 08/19/2025 | POS PUR 3343 USPS PO 05 | $1.90 | | $438.21 |
| | *USPS PO 05440102 21* | | | |
| | *SAN MATEO CA* | | | |
| 08/20/2025 | POS PUR 3343 BEN YOUNT | $163.00 | | $275.21 |
| | *BEN YOUNT DDS* | | | |
| | *SAN MATEO CA* | | | |

Case: 24-30828    Doc# 84-1    Filed: 12/09/25    Entered: 12/09/25 11:20:40    Page 5 of 12


## Trico Connect Checking - (continued)

### Account Activity (continued)

| Post Date | Description | Withdrawals | Deposits | Balance |
|-----------|-------------|-------------|----------|---------|
| 08/25/2025 | POS PUR 3343 Little Luc *Little Lucca - Burl* *Burlingame CA* | $58.30 | | $216.91 |
| 08/25/2025 | POS PUR 3343 SAFEWAY #0 *SAFEWAY #0970* *SAN MATEO CA* | $44.36 | | $172.55 |
| 08/25/2025 | ATM W/D 3343 TRI COUNTI *150 E 3RD AVE* *SAN MATEO CA* | $20.00 | | $152.55 |
| 08/25/2025 | CHECK #1527 | $48.50 | | $104.05 |
| 08/27/2025 | OLB XFER FR DDA 000452000540 *TRANSFER FROM CHECKING 05* | | $100.00 | $204.05 |
| 08/27/2025 | Check Image Fee | $2.00 | | $202.05 |
| **08/27/2025** | **Ending Balance** | | | **$202.05** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 1517 | 07/31/2025 | $54.68 | 1521 | 08/05/2025 | $4,500.00 | 1525 | 08/14/2025 | $100.00 |
| 1518 | 07/31/2025 | $323.75 | 1522 | 08/12/2025 | $297.16 | 1526 | 08/14/2025 | $100.00 |
| 1519 | 08/04/2025 | $1,204.00 | 1523 | 08/08/2025 | $6,000.00 | 1527 | 08/25/2025 | $48.50 |
| 1520 | 08/08/2025 | $375.00 | 1524 | 08/11/2025 | $6,000.00 | | | |

* Indicates skipped check number

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $34.00 | $102.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|-------------|--------|
| Check Image Fee | $2.00 |
| Service Chg Waived | $10.00 |



**MOLLY CATANZARO** 05-00
925 PALM AVE
SAN MATEO, CA 94401

9701132185.4          1517

7-28-25

Pay to the Order of  P G E          $ 54.68

Fifty Four 68/100          Dollars

tri counties bank
Bank online at tricountiesbank.com
Phone 800-922-8742

For ____

‖:121135045‖:1517

| #1517 | 07/31/2025 | $54.68 |
|---|---|---|

| #1517 | 07/31/2025 | $54.68 |
|---|---|---|



**MOLLY CATANZARO** 05-00
925 PALM AVE
SAN MATEO, CA 94401

9701132185.4          1518

7-28-25

Pay to the Order of  P G E          $ 323.75

Three Hundred Twenty Three 75/100          Dollars

tri counties bank
Bank online at tricountiesbank.com
Phone 800-922-8742

For ____

‖:121135045‖:1518

| #1518 | 07/31/2025 | $323.75 |
|---|---|---|



| #1518 | 07/31/2025 | $323.75 |
|---|---|---|



**MOLLY CATANZARO** 05-00
925 PALM AVE
SAN MATEO, CA 94401

1519

7-31-25

Pay to the Order of  Peninsula Oral & Facial Surgery          $ 1,204.00

One Thousand Two Hundred Four          Dollars

tri counties bank
Bank online at tricountiesbank.com
Phone 800-922-8742

For ____

‖:121135045‖:1519

| #1519 | 08/04/2025 | $1,204.00 |
|---|---|---|



>121040651<
Beacon Business Bk #022
2025-08-04
0022870938    0930601461
Batch 293881271 2025-08-04

| #1519 | 08/04/2025 | $1,204.00 |
|---|---|---|



**MOLLY CATANZARO** 05-00
925 PALM AVE
SAN MATEO, CA 94401

1520

8-1-25

Pay to the Order of  Alvaro Rodriguez          $ 375.00

Three Hundred Seventy Five          Dollars

tri counties bank
Bank online at tricountiesbank.com
Phone 800-922-8742

For  Palm

‖:121135045‖:1520

| #1520 | 08/08/2025 | $375.00 |
|---|---|---|



| #1520 | 08/08/2025 | $375.00 |
|---|---|---|




#1521   08/05/2025   $4,500.00



#1521   08/05/2025   $4,500.00



#1522   08/12/2025   $297.16



#1522   08/12/2025   $297.16



#1523   08/08/2025   $6,000.00



#1523   08/08/2025   $6,000.00



#1524   08/11/2025   $6,000.00



#1524   08/11/2025   $6,000.00




#1525        08/14/2025        $100.00



#1525        08/14/2025        $100.00



#1526        08/14/2025        $100.00



#1526        08/14/2025        $100.00



#1527        08/25/2025        $48.50



#1527        08/25/2025        $48.50



End of Statement



0060377        01 AV 0.59 **AUTO  T5 0 9202 94401-421225   -C01-P60437-I

MOLLY ELLEN CATANZARO
DEBTOR IN POSSESSION
CH11 CASE #24-30828 (NCA)
925 PALM AVE
SAN MATEO CA 94401-4212

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**You control your information - Be aware what you share**

It could be something as innocent as your email address or where you bank or live. Be careful what you share and who you share it with.

Fraudsters can use your personal information to steal your identity. They'll get into your accounts or even open new accounts in your name. This costs you money, time to close unauthorized accounts and an emotional toll as you try to repair your good name.

Scammers use all kinds of ways to get you to give up your information:
- Scammers can pose as your bank claiming there is a "problem" with your account.
- Tech imposters will convince you there is "an issue" with your device and get you to give them access to it.
- They'll have you scan QR codes or get you to fill in personal information on fake websites or online surveys.

**Don't give them that chance. Protect your information on- and offline!**

What to do:
- Use strong, complex passwords on all your accounts. Use two-factor authentication whenever it's available.



- Avoid clicking links in emails or texts. Instead, go directly to the official website or app.
- Be mindful of what you share on social media and who with.
- Use secure Wi-Fi. Avoid public Wi-Fi if possible.
- Install and maintain antivirus and antimalware software on your devices.
- Don't share personal information unless you initiated the contact. Slow down and always verify who you're giving the information to and why to ensure it makes sense.

**Remember, it's your information. Share it wisely.**

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 8/1 | $0.00 |
| Deposits/Additions | 100.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 8/31** | **$90.00** |

Account number: **9201646388 (primary account)**

**MOLLY ELLEN CATANZARO**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-30828 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 8/14 | | Edeposit IN Branch 08/14/25 09:18:14 Am 100 E 4th Ave San Mateo CA | 100.00 | | 100.00 |
| 8/29 | | Monthly Service Fee | | 10.00 | 90.00 |
| **Totals** | | | **$100.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2025 - 08/31/2025 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $500.00 | $0.00 ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| • Age of primary account owner | 17 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

9202-01-00-0060377-0001-0185212

